260 U. S.  Cases Disposed of Without Consideration by the Court.

No. 42. GEORGE F. PONDER v. STATE OF GEORGIA.  Error to the Court of Appeals of the State of Georgia.  October 9, 1922.  Dismissed with costs, on motion of counsel for plaintiff in error.  *Mr. Max Isaac* for plaintiff in error. *Mr. George M. Napier* for defendant in error.

No. 448. JAMES C. DAVIS, AGENT AND DIRECTOR GENERAL OF RAILROADS, v. HAROLD PRESTON.  On petition for a writ of certiorari to the Circuit Court of Jackson County, State of Missouri.  October 10, 1922.  Petition dismissed with costs, on motion of counsel for petitioner. *Mr. Arthur A. Moreno* and *Mr. A. A. McLaughlin* for petitioner.  *Mr. Oscar S. Hill* for respondent.

No. 53. COMMISSIONERS OF THE LAND OFFICE OF THE STATE OF OKLAHOMA ET AL. v. UNITED STATES.  Appeal from the Circuit Court of Appeals for the Eighth Circuit. October 12, 1922.  Dismissed with costs, for want of prosecution.  *Mr. S. P. Freeling, Mr. W. A. Ledbetter, Mr. H. L. Stuart, Mr. Henry E. Asp* and *Mr. Henry G. Snyder* for appellants.  *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Riter* for the United States.

No. 286. STATE OF LOUISIANA ET AL v. J. D. O'KEEFE, RECEIVER OF THE NEW ORLEANS RAILWAY & LIGHT COMPANY ET AL.  Appeal from the District Court of the United States for the Eastern District of Louisiana.  October 16, 1922.  Dismissed with costs, on motion of counsel for appellants.  *Mr. Paul A. Sompayrac* for appellants. No appearance for appellees.

45646°—23——48